

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00222-CV

**IN THE ESTATE** of Carlos **AGUILAR**, Deceased,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:     Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

The Appellee's Motion for Sanctions is hereby DENIED.

It is so **ORDERED** on June 4, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court